**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**


**EVELYN CLEVELAND**                                                        **PLAINTIFF**


**VS.**                        **Case No. 4:19-cv-00055 PSH**


**ANDREW SAUL, Commissioner,**
        **Social Security Administration**                        **DEFENDANT**


## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE